Filed 5/5/26  P. v. Ancira CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

|  |  |
|---|---|
| THE PEOPLE, | D086632 |
| Plaintiff and Respondent, | (Super. Ct. No. FWV21002440) |
| v. | |
| ANGEL CASTREJON ANCIRA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Bernardino County, Jon D. Ferguson, Judge.  Affirmed.

Andrea S. Bitar, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

MEMORANDUM OPINION

Angel Castrejon Ancira appeals the judgment entered following his resentencing for second degree murder.  His appointed counsel filed a brief raising no claims of error and inviting us to review the record independently for error.  (*People v. Wende* (1979) 25 Cal.3d 436; *Anders v. California* (1967)

386 U.S. 738 (*Anders*).) We advised Ancira he could file a supplemental brief, but he has not done so.

Given the nature of this appeal, a lengthy recitation of the underlying facts is unnecessary. A jury convicted Ancira of first degree murder in 2023 and he was sentenced to a term of 25 years to life with a single year enhancement for his use of a knife pursuant to Penal Code section 12022, subdivision (b). On direct appeal, we concluded there was insufficient evidence to support a finding of premeditation and deliberation, reduced his first degree murder conviction to a second degree murder conviction, and remanded the matter for resentencing. On remand, the court sentenced Ancira to a term of 15 years to life for the second degree murder conviction, and again imposed the one-year enhancement for his use of the knife.

To assist the court in its review and in compliance with *Anders, supra*, 386 U.S. 738, counsel has identified the following possible issue for evaluating the potential merits of this appeal: "Did the trial court err when it resentenced [Ancira] to 15 years to life, for a conviction of second degree murder?" We have reviewed the entire record as required by *Wende* and *Anders*. We find no error requiring reversal or modification of the judgment and affirm. Competent counsel has represented Ancira on this appeal.

2

## DISPOSITION

The judgment is affirmed.

DO, Acting P. J.

WE CONCUR:

BUCHANAN, J.

HUFFMAN, J.*

---

\*     Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.